IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

HEATH DICKERSON                                                                                         PLAINTIFF

VS.                                        CASE NO. 4:09-CV-04011

MILLER COUNTY, ARKANSAS;
SHERIFF LINDA RAMBO;
WARDEN JANICE NICHOLSON;
SGT. DOLLY SIMMONS;
NURSE TRINA OWENS; and
NURSE MELODY NELLIE THOMAS                                                          DEFENDANTS

## ORDER

Before the Court is the parties' Joint Motion to Dismiss. (ECF No. 70). The Court has been informed that this case has been fully settled and compromised by the parties. Accordingly, the Motion is **GRANTED**, and this case is hereby **DISMISSED WITH PREJUDICE**. The Court shall retain jurisdiction over the terms of the settlement agreement.

**IT IS SO ORDERED**, this 31st day of May, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge